THE STATE EX REL. SMITH, APPELLANT, *v*. CINCINNATI

SCHOOLS ET AL., APPELLEES.

[Cite as *State ex rel. Smith v. Cincinnati Schools,*

130 Ohio St.3d 194, 2011-Ohio-5026.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2010-0672—Submitted September 6, 2011—Decided October 4, 2011.)

APPEAL from the Court of Appeals for Franklin County,

No. 09AP-504, 2010-Ohio-1221.

_____

{¶ 1}  The judgment of the court of appeals is affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Law Offices of James A. Whittaker L.L.C., Laura I. Murphy, and James A. Whittaker, for appellant.

Michael DeWine, Attorney General, and Allan K. Showalter, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____